AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| County of Santa Clara<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  5:25-cv-00981<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  [See Attachment A]

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Tony LoPresti
Office of the County Counsel
County of Santa Clara
70 W. Hedding Street, East Wing, 9th Floor
San Jose, CA 95110

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:　01/30/2025　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-00981

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## Attachment A to Form AO 440, Summons in a Civil Action

*County of Santa Clara v. Trump et al.*, No. 5:25-cv-00981 (N.D. Cal. filed Jan. 30, 2025)
List of all Defendants

| Defendant To Whom Papers Directed | Address Where Summons, Complaint, and Related Papers Mailed[†] |
|---|---|
| United States of America | Attorney General of the United States<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| Donald J. Trump, as President of the United States | Donald J. Trump<br>1600 Pennsylvania Ave. NW<br>Washington, DC 20500 |
| Department of Justice<br>and<br>James McHenry, in his official capacity as Acting Attorney General of the United States | Attorney General<br>950 Pennsylvania Avenue NW<br>Washington DC 20530 |
| Department of State<br>and<br>Marco Rubio, in his official capacity as Secretary of State | U.S. Department of State<br>Executive Office of the Legal Adviser and Bureau of Legislative Affairs<br>600 19th St. NW, Ste. 5.600<br>Washington DC 20522 |
| Department of Homeland Security<br>and<br>Kristi Noem, in her official capacity as Secretary of Homeland Security | Office of the General Counsel<br>U.S. Department of Homeland Security<br>245 Murray Ln. SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |
| U.S. Citizenship and Immigration Services<br>and<br>Jennifer B. Higgins, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services | U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536-5900 |
| Department of Health & Human Services<br>and<br>Dorothy Fink, in her official capacity as Acting United States Secretary of Health and Human Services | U.S. Department of Health and Human Services, Office of the General Counsel,<br>200 Independence Ave. SW<br>Washington, DC 20201 |

---

[†] Consistent with Federal Rule of Civil Procedure 4(i), the summons, complaint, and related papers will also be mailed to the Civil Process Clerk, United States Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

| **Defendant To Whom Papers Directed** | **Address Where Summons, Complaint, and Related Papers Mailed†** |
|---|---|
| Centers for Medicare & Medicaid Services *and* Jeff Wu, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services | Centers for Medicare and Medicaid Services 330 Independence Ave, SW, Room 5300 Washington, DC 20201 |
| United States Social Security Administration *and* Michelle King, in her official capacity as Acting Commissioner for Social Security | General Counsel, Social Security Admin. 6401 Security Blvd., Altmeyer Bldg., Rm. 617 Baltimore, MD 21235-6401 |
| Department of Housing and Urban Development *and* Matthew Ammon, in his official capacity as Acting Secretary of Housing and Urban Development | U.S. Department of Housing and Urban Development 451 7th Street, SW Washington, DC 20410 |
| Department of Agriculture *and* Gary Washington, in his official capacity as Acting Secretary of Agriculture | 1400 Independence Ave, SW Whitten Building, Room 107W Washington, DC 20250-1400 |