OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
LAURA S. TRICE, State Bar #284837
HANNAH M. GODBEY, State Bar #334475
TAYRYN A. EDWARDS, State Bar #344959
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

Attorneys for Plaintiff
County of Santa Clara

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

**County of Santa Clara**,

Plaintiff,

v.

**Donald J. Trump, et al.,**

Defendants.

No. 5:25-cv-00981-EKL

**DECLARATION OF PAUL E. LORENZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

# DECLARATION OF PAUL E. LORENZ

I, PAUL E. LORENZ, declare:

1. I make this declaration in support of the County of Santa Clara's motion for preliminary injunction. I am a resident of the State of California. I know the facts herein stated of my own personal knowledge and if called upon to do so, I could and would competently testify to them under oath.

2. I am the Chief Executive Officer of Santa Clara Valley Healthcare, a fully integrated and comprehensive public healthcare system owned and operated by the County of Santa Clara ("Santa Clara"). Santa Clara Valley Healthcare includes three hospitals (Santa Clara Valley Medical Center, O'Connor Hospital, and Saint Louise Regional Hospital); a large network of specialty and primary care clinics; and Custody Health Services (CHS), which provides health services at the County's adult and juvenile correctional facilities.

3. I have been employed by Santa Clara since November 2012, when I was appointed Chief Executive Officer of Santa Clara Valley Medical Center. In March 2019, when Santa Clara acquired O'Connor and Saint Louise Regional Hospitals out of bankruptcy, these two hospitals became part of the Santa Clara enterprise now known as Santa Clara Valley Healthcare, of which I became Chief Executive Officer. Prior to my role with Santa Clara, I served as the Chief Deputy Director of the Ventura County Health Care Agency for the County of Ventura. I have served in public healthcare for over 30 years.

**Santa Clara Valley Healthcare**

4. The County of Santa Clara Health System is the only public safety-net healthcare provider in Santa Clara County, and the second largest public healthcare system in the State of California. Santa Clara Valley Healthcare (SCVH) is comprised of the hospitals and clinics within the County of Santa Clara Health System, which also includes the Behavioral Health Services Department, Public Health Department, Emergency Medical Services Agency, and Valley Health Plan. Santa Clara is in the process of purchasing another hospital, Regional Medical Center, which provides emergency care and other hospital services in an otherwise-underserved area of Santa Clara County. Santa Clara is purchasing Regional Medical Center to ensure continued provision of a full

range of hospital services to communities in this area and will integrate this fourth hospital into SCVH.

5. In 2024, SCVH delivered approximately 4,500 babies, handled 189,000 Emergency Department and urgent care visits, provided 234,000 days of acute inpatient hospital care, and received 785,000 visits to its outpatient clinics.

6. SCVH's three hospitals provide critical emergency and acute care services to Santa Clara County residents. Valley Medical Center provides the highest level of adult and pediatric emergency medical and trauma services and offers a wide range of specialty acute care services, including pediatric trauma, burn, and rehabilitation care; a regional high-risk neonatal intensive care unit; and a high-risk pregnancy program for women who have conditions that may affect their health or their baby's health. O'Connor and St. Louise Hospitals both offer birth centers, among many other services, and O'Connor Hospital offers a pediatric urgent care clinic and a neonatal intensive care unit.

7. SCVH also operates a network of clinics, including 17 ambulatory care clinics located throughout Santa Clara County. These clinics provide a full complement of primary care services, including internal medicine, family medicine, pediatrics, women's health, primary care behavioral health, and dental services.

**Funding for SCVH's Safety-Net Health Services**

8. As a safety-net provider, SCVH provides health services regardless of income or ability to pay. SCVH is not a profit-making enterprise, and the costs of caring for our patients exceed our revenues by hundreds of millions of dollars each year. Our patients are disproportionately indigent, uninsured, or reliant on government-sponsored health coverage, such as Medi-Cal (California's implementation of Medicaid) and Medicare (federally funded health coverage for disabled individuals and people age 65 or older). In Fiscal Year 2024 (July 1, 2023 to June 30, 2024), approximately 64 percent of SCVH's patient services revenues derived from Medi-Cal and another 19% derived from Medicare.

9. Medicaid is a joint federal and state program that provides healthcare coverage for low-income people. When a person is covered by Medicaid, the federal government and the state

each pay for a portion of that person's healthcare costs. U.S. citizens and certain limited categories of lawfully present non-citizens are eligible to enroll in Medicaid, assuming they meet other eligibility requirements (such as income requirements). However, most non-citizens—including undocumented immigrants, H-1B visa holders, and many other lawfully present non-citizens—are not eligible for Medicaid, with limited exceptions for coverage of emergency services and certain services for pregnant women.

10. Medi-Cal is California's Medicaid program. California has expanded Medi-Cal to cover certain populations that are not eligible for federal Medicaid, including undocumented immigrants and immigrants who are lawfully present but do not qualify for Medicaid due to their immigration status. We refer to this expansion as "State-Only" Medi-Cal because it operates without federal funding. Accordingly, Medi-Cal consists of two components: (1) federally funded Medi-Cal (Medicaid), which is jointly funded by the State and federal government and available to individuals who meet federal Medicaid eligibility requirements, and (2) "State-Only" Medi-Cal, which operates without federal funding and is available to non-citizens who do not satisfy federal Medicaid's immigration status requirements.

11. SCVH receives several types of Medi-Cal revenues, including: (1) capitation revenue paid on a Per Member Per Month Basis for each Medi-Cal member assigned to SCVH by a Medi-Cal managed care plan on a capitated basis; (2) fee-for-service revenue paid on a per-service basis for services provided to other Medi-Cal enrollees who either are assigned to SCVH by a Medi-Cal managed care plan on a fee-for-service basis or otherwise seek services from SCVH; and (3) supplemental revenues from programs designed to help public hospitals reduce the gap between the costs of providing care and the typically low reimbursement received for services provided.

12. Currently and historically, the revenues SCVH receives from state and federal programs, private insurers, and self-pay patients are not sufficient to fully cover the costs of the care SCVH provides. Accordingly, each year Santa Clara makes a significant investment from its General Fund to support SCVH's operations. In Fiscal Year 2023 (July 1, 2022 to June 30, 2023), Santa Clara invested $442 million from its General Fund to cover unreimbursed costs of SCVH services, and in Fiscal Year 2024, Santa Clara increased that investment to $483 million. Santa

Clara's adopted budget for Fiscal Year 2025 provides for a General Fund contribution of $581.3 million to cover unreimbursed SCVH costs. The County also contributes funds from other revenue streams, such as Tobacco Settlement Revenues, to support the delivery of healthcare services by SCVH. These amounts reflect Santa Clara's investments in SCVH hospitals and community clinics; they do not include separate General Fund expenditures for the provision of Custody Health services in Santa Clara correctional facilities.

**Harm to SCVH from the Executive Order**

13. I am familiar with the Executive Order on Protecting the Meaning and Value of American Citizenship ("Order") issued by the President on January 20, 2025. I understand that, if the Order is implemented, the federal government will no longer recognize the citizenship of children born in the United States if, at the time of the child's birth, (1) the child's mother was unlawfully present and the father was not a United States citizen or lawful permanent resident, or (2) the child's mother had lawful but temporary immigration status and the father was not a United States citizen or lawful permanent resident.

14. If implemented, this Order will have immediate, negative financial impacts on SCVH. These financial impacts fall into several categories.

15. First, the Order will result in loss of revenue due to an increase in non-citizen children who are ineligible for federally funded Medicaid.

16. Up until now, virtually all children born at SCVH (or elsewhere in the United States) have been eligible for federally funded Medi-Cal (Medicaid), if they meet other eligibility requirements, because they are U.S. citizens. If the Executive Order takes effect, however, a new population of U.S.-born children will no longer have U.S. citizenship and will no longer be eligible for federally funded Medi-Cal.

17. For SCVH, this new population will be significant. In 2024, nearly one third of all mothers—and approximately 38% of mothers enrolled in Medi-Cal—who gave birth at SCVH were enrolled in State-Only Medi-Cal due to their immigration status. The children born to these mothers in 2024 are U.S. citizens who are eligible for federally funded Medicaid. But children born to these same mothers after the Executive Order takes effect will, in many instances, be non-citizens and

eligible only for State-Only Medi-Cal.

18. This change would have a significant impact on SCVH's patient mix. For example, in January 2025, among Valley Health Plan Medi-Cal Managed Care members assigned to SCVH, approximately 41% of non-disabled adults under age 65 are enrolled in State-Only Medi-Cal due to their immigration status. By contrast, less than 13% of children members are enrolled in State-Only Medi-Cal. If the Order takes effect, that percentage will necessarily increase.

19. The increase in the number of State-Only Medi-Cal enrollees served by SCVH under the Order would have detrimental financial impacts. SCVH depends upon significant revenues from federally funded Medi-Cal programs that have no State-Only analog. If the Order is implemented, fewer children served by SCVH will be eligible for federally funded Medi-Cal, and therefore SCVH will receive reduced revenues from these programs.

20. For example, the Enhanced Payment Program (EPP) is a program that established a funding pool to supplement the base reimbursement rates that public healthcare systems, like SCVH, receive through Medi-Cal Managed Care contracts for services provided to Medi-Cal enrollees. These supplemental payments are a critical source of revenue for SCVH, and maximizing EPP revenue is an operational priority for SCVH. In Fiscal Year 2023, SCVH recognized $196.2 million in EPP revenues, and in Fiscal Year 2024, EPP revenues increased to $223.1 million. However, EPP supplemental rate payments are only available as reimbursement for services provided to enrollees in federally funded Medi-Cal; SCVH cannot earn EPP supplemental rate payments for services provided to State-Only Medi-Cal enrollees. As a result of the Order, SCVH will serve a higher proportion of State-Only Medi-Cal enrollees, and therefore will receive less EPP revenue from federally reimbursed Medi-Cal services.

21. Similarly, SCVH participates in the Voluntary Rate Range Program, which allows SCVH to maximize federal reimbursement for services provided to Medi-Cal Managed Care enrollees. In Fiscal Year 2024, SCVH recognized approximately $45 million in revenue from this program. Like EPP, however, the Voluntary Rate Range Program depends upon the federal reimbursement component and is only applicable to services provided to enrollees in federally funded Medi-Cal. Because the Order will increase the proportion of State-Only enrollees served by

SCVH, it will result in reduced revenues to Santa Clara from this program.

22. The Order, if implemented, would also result in reduced revenues to Santa Clara from other programs and funding streams that do not apply to, or pay lower rates for, services provided to patients who are not eligible for federally funded Medi-Cal.

23. As a Medi-Cal provider, SCVH does not have the option of choosing the patients it serves and could not decline to provide services to a patient on the basis that they are enrolled in State-Only Medi-Cal, even if it desired to do so. Therefore, the loss of these revenues will be unavoidable.

24. Second, the Order will result in loss of revenue due to appointment cancellations, no-shows, and failure to schedule necessary follow-up care by patients deterred by the Order.

25. In the days after the Order was issued, staff at SCVH clinics began reporting that pregnant patients were expressing anxiety about the consequences of the Order for their babies and fear of giving birth in the hospital. I and many of my colleagues at SCVH have dedicated many years to the provision of health services to vulnerable communities. In our experience, patient fear of the kind expressed in response to the Order results in higher levels of appointment cancellations, no-shows, and failure to follow up to schedule necessary care. SCVH therefore expects that the Order will cause an increase in cancelled, missed, and unscheduled appointments for necessary prenatal, postpartum, and pediatric care.

26. The resulting increase in cancelled, missed, and unscheduled appointments will cause medical harm to patients and financial harm to SCVH.

27. SCVH will lose fee-for-service reimbursement for services that should have been provided but were not.

28. In addition, SCVH will face a significant risk of reduced payments from supplemental revenue streams, such as California's Quality Incentive Pool (QIP) program. Under the QIP program, SCVH is eligible to receive supplemental payments tied to performance on a set of clinically established quality measures for Medi-Cal Managed Care enrollees. In Fiscal Year 2024, SCVH recognized approximately $143.6 million in revenues from QIP. In Fiscal Year 2025, SCVH is eligible to earn up to $175 million from QIP, but only if it satisfies 40 stringent quality measures,

including measures that take into account patient attendance at prenatal, postpartum, and pediatric appointments. These measures are intended to be difficult to satisfy, and historically SCVH has met some by narrow margins, such that even a small uptick in cancelled appointments or no shows could prevent SCVH from meeting them. Under the Order, SCVH faces a greater risk of failing to meet the QIP measures, at a loss of approximately $4.4 million per measure missed.

29. Third, the Order will cause reduced Medi-Cal enrollment, resulting in lost Medi-Cal revenue and increased costs of uncompensated care.

30. SCVH expects, based on its experience serving vulnerable populations and the fears already expressed by patients, that the Order, if implemented, will deter parents whose children may be subject to the Order from enrolling those children in State-Only Medi-Cal. This is consistent with the expectation of health policy experts. *See, e.g.*, Drishti Pillai, Akash Pillai, and Samantha Artiga, *Children of Immigrants: Key Facts on Health Coverage and Care*, Kaiser Family Foundation (Jan. 15, 2025), available at https://www.kff.org/racial-equity-and-health-policy/issue-brief/children-of-immigrants-key-facts-on-health-coverage-and-care, archived at https://perma.cc/RA4E-5DTZ (actions such as ending birthright citizenship could "increase fears and confusion" related to seeking health care services, leading to "reluctance among parents to enroll [their families] in programs for which they are eligible, including health coverage").

31. When uninsured patients receive services from SCVH, our staff offer assistance with Medi-Cal enrollment, if the patient is eligible, but patients may decline to enroll. In such cases, the patient will remain uninsured or, in some cases, may receive Santa Clara-funded coverage or financial assistance.

32. When patients decline Medi-Cal enrollment, SCVH loses the reimbursement that Medi-Cal otherwise would have paid for the patient's care. Instead, SCVH incurs costs for providing care that, in many cases, will be entirely uncompensated. In addition, reductions in Medi-Cal enrollment reduce supplemental payments from programs like the Enhanced Payment Program and the Quality Incentive Pool program because those payments depend in part on the size of the Medi-Cal population SCVH serves. Therefore, as the Order reduces Medi-Cal enrollment, it will reduce SCVH's revenues and increase costs associated with uncompensated care, forcing Santa

Clara to contribute more of its own funds to cover the costs of necessary care.

33. Fourth, the Order will reduce uptake of prenatal care, postpartum care, vaccinations, and other pediatric preventive services, ultimately resulting in increased costs for SCVH.

34. Based on our experience and the fears expressed by patients since the Order issued, SCVH expects that parents of children subject to the Order will be less likely to seek routine and preventive medical care and even in-hospital births. It is well-established that routine preventive care is essential to children's health and results in reduced hospitalizations and emergency department use. *See, e.g.*, Elizabeth R. Wolf et al., *Caregiver and Clinician Perspectives on Missed Well-Child Visits*, 18 Ann. Fam. Med. 30 (Jan. 2020), available at https://www.annfammed.org/content/annalsfm/18/1/30.full.pdf, archived at https://perma.cc/T6WJ-UC4F. By deterring such routine care, the Order, if implemented, will result in increased costs to SCVH, as families will instead present without health coverage at the Emergency Department or seek care for advanced or complicated conditions that could have been managed more cost-effectively—and more safely—with preventive care. Because SCVH is legally required to provide emergency services and care to any person presenting with an emergency medical condition without regard to citizenship, insurance status, or ability to pay, SCVH will have no choice but to provide a higher volume of costly emergency care at its three—and soon to be four—hospitals.

35. All of these adverse financial impacts will reduce SCVH's revenues and require the investment of additional Santa Clara General Fund dollars to fund necessary SCVH operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Feb. 4, 2025 at San José, California.

[signature]

PAUL E. LORENZ