OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
LAURA S. TRICE, State Bar #284837
HANNAH M. GODBEY, State Bar #334475
TAYRYN A. EDWARDS, State Bar #344959
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

Attorneys for Plaintiff
County of Santa Clara

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| **County of Santa Clara**, Plaintiff, v. **Donald J. Trump, et al.,** Defendants. | No. 5:25-cv-00981-EKL **DECLARATION OF EILONA BETKOLIA-GEVARGIZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF EILONA BETKOLIA-GEVARGIZ**

I, EILONA BETKOLIA-GEVARGIZ, declare:

1. I make this declaration in support of the County of Santa Clara's motion for preliminary injunction. I am a resident of the State of California. I know the facts herein stated of my own personal knowledge and if called upon to do so, I could and would competently testify to them under oath.

2. I am the Director of the Department of Employment and Benefit Services (DEBS or the "Department") of the County of Santa Clara ("Santa Clara"). I began my service with DEBS in 2010 and have served in numerous roles with the Department since that time, including Eligibility Worker, Employment Counselor, Eligibility Examiner, Eligibility Work Supervisor, and Social Services Program Manager overseeing the DEBS South County office. In 2023, I was promoted to Assistant DEBS Director. In July 2024, I began serving as Interim DEBS Director, and I was appointed to the permanent Director position in December 2024.

3. In light of my 15 years of experience throughout all levels of the Department, I have a deep understanding of DEBS's work, from the on-the-ground work of assisting residents and determining eligibility for benefits to administrative oversight of the Department's budget, policies, and operations.

**DEBS and the Public Benefits It Administers**

4. DEBS is part of Santa Clara's Social Services Agency, which provides basic safety-net and protective services to children, families, and adults in need of assistance. In addition to DEBS, the Social Services Agency includes the Department of Aging and Adult Services, Department of Family and Children's Services, Veterans Services Office, and an administrative Agency Office.

5. DEBS's mission is to ensure that low-income individuals and families receive necessary health, nutrition, financial, and employment services. DEBS oversees programs that provide access to health care; food and nutrition assistance; and cash assistance support for basic living costs for low- and modest-income clients. Through its employment and training programs, DEBS also helps current and former cash assistance recipients with pathways to employment and

assists families and individuals in transitioning to self-sufficiency and economic stability.

6. In addition, DEBS partners closely with community-based organizations that provide safety-net services and seeks to promote collaboration to ensure children and families have access to services in their respective communities.

7. DEBS administers public benefits in the following areas: health coverage (Medi-Cal); food assistance (CalFresh Food); financial assistance (CalWORKs, General Assistance, Cash Assistance Program for Immigrants, Refugee Cash Assistance, and Trafficking & Crime Victims Assistance Program); and employment services (CalWORKs Employment Services, CalFresh Employment & Training, and General Assistance Vocational Services). Nearly 25 percent of all Santa Clara County residents receive one or more benefits from DEBS.

8. CalFresh and CalWORKS are two commonly used benefits that provide important support to children in Santa Clara County. CalFresh is California's implementation of the federal Supplemental Nutrition Assistance Program (SNAP). It includes CalFresh Food, a nutrition program for low-income people that increases a family's food budget and allows recipients to buy healthy food. CalWORKS is California's implementation of the federal Temporary Assistance for Needy Families (TANF) program. CalWORKS provides time-limited cash assistance, childcare, and health care coverage to help families with children meet basic needs.

9. CalFresh and CalWORKs are central to Santa Clara's social safety net and an essential means of supporting vulnerable children and families. Studies have found that these programs provide particularly important support for young children, for whom early support is critical to prevent the long-term consequences of a lack of resources early in life. *See* Caroline Danielson et al., *The Importance of CalFresh and CalWORKs in Children's Early Years*, Public Policy Institute of California at 5 (Dec. 2020), available at https://www.ppic.org/wp-content/uploads/the-importance-of-calfresh-and-calworks-in-childrens-early-years-december-2020.pdf, archived at https://perma.cc/H2XC-89AP.

**Impact of the Order on Availability of Public Benefits**

10. I am familiar with the Executive Order on Protecting the Meaning and Value of American Citizenship ("Order") issued by the President on January 20, 2025. I understand that, if

the Order is implemented, the federal government will no longer recognize the citizenship of children born in the United States if, at the time of the child's birth, (1) the child's mother was unlawfully present and the father was not a United States citizen or lawful permanent resident, or (2) the child's mother had lawful but temporary immigration status and the father was not a United States citizen or lawful permanent resident.

11. Many of the public benefit programs that DEBS administers, including CalFresh and CalWORKs, are funded at least in part by the federal government, and recipients are required to meet federal eligibility requirements. Under the applicable federal eligibility rules, CalFresh and CalWORKS are only available to U.S. citizens and limited categories of "qualified" immigrants. Undocumented immigrants and many people with lawful but temporary immigration status (such as H-1B visa holders) are not eligible.

12. Currently, children born in the United States are U.S. citizens. As U.S. citizens, these children are eligible for CalFresh and CalWORKS benefits, assuming they meet other eligibility requirements (e.g., income), even if their parents are ineligible due to their immigration status.

13. However, if the Order is implemented, many children born in the United States will no longer be considered U.S. citizens. And, as a result of the Order, many of these children will no longer be eligible for CalFresh or CalWORKS benefits because they will lack U.S. citizenship or "qualified" immigration status.

14. Given the large number of Santa Clara County residents who either have lawful but temporary status or lack lawful immigration status, the population of affected children is likely to be significant. By denying critical assistance to this population, and by depriving Santa Clara of an essential means of supporting the health and welfare of these vulnerable children, the Order will cause substantial harm to Santa Clara and its residents.

**Administrative Costs and Burdens on DEBS Staff**

15. Already, the Order has adversely impacted DEBS by creating significant administrative costs and burdens.

16. Given DEBS's central role as a safety-net provider within Santa Clara County, soon after the Order was issued, residents and community-based organizations began turning to DEBS for

information about the Order and its likely impacts on the community. DEBS has had to devote substantial resources to analyzing the Order and its potential effects on the programs DEBS administers, fielding calls from community members about the impact of the Order, and addressing concerns and questions from its own staff. In just the first week after the Order was issued, approximately 11 full-time DEBS employees devoted an estimated 15 to 20 percent of their time to this work.

17. If the Order is implemented, the administrative costs and burdens on DEBS will increase substantially.

18. DEBS staff are responsible for evaluating eligibility for and enrolling residents in public benefits programs. To perform this function, DEBS staff must obtain, verify, and analyze information from public benefits applicants and follow DEBS's procedures for determining and authorizing eligibility for benefits. Currently, these procedures, which follow State guidance, treat proof of birth within the United States as proof of an individual's citizenship—and, therefore, conclusive evidence that the applicant meets the citizenship/immigration status requirement for benefits such as CalWORKS and CalFresh.

19. If the Order takes effect, these procedures will no longer be valid, and DEBS staff will not know how to evaluate the eligibility of newly born children. Once DEBS receives guidance from the State on how to determine the eligibility of these children, DEBS will have to undertake an extensive process to implement that new guidance, which will necessarily include:

a. <u>Revisions to all benefit program policy handbooks</u>. Once DEBS obtains guidance on eligibility determinations under the Order, it will need to analyze and interpret the new guidance; obtain necessary clarifications; evaluate and revise DEBS's policies and requirements for all of its benefit program policy handbooks; and post and announce the final revised policies.

b. <u>Revisions to business processes</u>. DEBS will also need to determine which business processes are affected by the Order and what changes to those processes are necessary; determine whether manual workarounds will be necessary for an interim period and, if so, develop those workarounds; determine whether new reports will

need to be developed; develop and review new business processes; and post and announce final process changes and guidance.

c. Training over 1,000 DEBS staff on new policies and processes. Once DEBS finalizes its revised policies and processes, the Social Services Agency will need to evaluate and revise existing training curriculum for DEBS employees and conduct trainings on new the policies and procedures for over 1,000 staff.

d. Training for community-based organizations and other DEBS partners. DEBS will need to review, evaluate, and revise its "Public Benefits 101" and "CalFresh 101" training materials and conduct trainings for staff at over 60 community-based organizations as well as other Santa Clara departments.

e. Revisions to outreach and informational materials. DEBS will need to review, evaluate, and revise existing outreach and informational flyers, pamphlets, and posters; reprint these materials; and distribute the revised materials to DEBS's district offices and community-based organizations.

f. Outreach and communications with the community. DEBS will need to develop social media posts to communicate changes to the community; prepare for and respond to requests for media interviews; and prepare for and respond to an increase in calls and office visits from clients.

20. This process of implementing the Order would consume over a thousand hours of staff time, at a minimum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/4/2025 at San José, California.

EILONA BETKOLIA-GEVARGIZ