UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| **County of Santa Clara**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Donald J. Trump**, as President of the United States; **Department of Justice**; **Pam Bondi**,† in her official capacity as Attorney General of the United States; **Department of State**; **Marco Rubio**, in his official capacity as Secretary of State; **Department of Homeland Security**; **Kristi Noem**, in her official capacity as Secretary of Homeland Security; **U.S. Citizenship and Immigration Services**; **Jennifer B. Higgins**, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; **Department of Health & Human Services**; **Dorothy Fink**, in her official capacity as Acting United States Secretary of Health and Human Services; **Centers for Medicare & Medicaid Services**; **Stephanie Carlton**,† in her official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services; **United States Social Security Administration**; **Michelle King**, in her official capacity as Acting Commissioner for Social Security; **Department of Housing and Urban Development**; **Scott Turner**,† in his official capacity as Secretary of Housing and Urban Development; **Department of Agriculture**; **Gary Washington**, in his official | No. 5:25-cv-00981-EKL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

---

† Pursuant to Federal Rule of Civil Procedure 25(d), Pam Bondi, Stephanie Carlton, and Scott Turner are automatically substituted for their predecessors.

capacity as Acting Secretary of Agriculture; and the **United States of America**,

       Defendants.

Pursuant to Civil Local Rule 6-1(b), and having considered the parties' positions with regard to Plaintiff's Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiff's Motion for Preliminary Injunction, the Court hereby ORDERS the following schedule:

1. Defendants must file a brief in opposition to Plaintiff's Motion for Preliminary Injunction, if any, by February 12, 2025 at 5:00 p.m.

2. Plaintiff must file a reply in support of the Motion for Preliminary Injunction, if any, by February 14, 2025 at 5:00 p.m.

3. The Court will hold a hearing on the Plaintiff's Motion for Preliminary Injunction on _____, 2025, at \_\_\_:\_\_\_ a.m./p.m.

**IT IS SO ORDERED**.

Dated: _____, 2025

                                              EUMI K. LEE
                                              United States District Judge