UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/7/2025 | **Time:** 2:46pm-3:22pm (36 minutes) | **Judge:** EUMI K. LEE |
|---|---|---|
| **Case No.:** 25-cv-00981-EKL | **Case Name:** County of Santa Clara v. Trump | |

**Attorney for Plaintiff:** Ravi Rajendra, Hannah Godbey, Kavita Narayan
**Attorney for Defendant:** R. Charlie Merritt, Yuri Fuchs (no appearance on the docket yet)

**Deputy Clerk:** Laura Thomson          **Court Reporter:** Zoom

## PROCEEDINGS and MINUTE ORDER

Case called for Zoom Conference.  Parties update the Court on the status of other district court proceedings and related nationwide injunctions, as well as the Ninth Circuit.  The Court hears argument on Plaintiff's Motion to Shorten Time (ECF No. 24).

The Court grants the motion and sets the following deadlines:
Defendant's Response to the Motion for Preliminary Injunction (ECF No. 17) is due by 5:00 pm on 2/14/2025.
Plaintiff's Reply is due by 5:00 pm on 2/19/2025.

In-person Hearing on the Motion for Preliminary Injunction is tentatively set for 2/27/2025 at 1:30 pm.

Parties are reminded to deliver courtesy copies of their papers to the Clerk's Office in accordance with Section VII.C of Judge Lee's Civil Standing Order.

IT IS SO ORDERED.

Dated:  February 7, 2025                                                EUMI K. LEE
                                                                         United States District Judge