1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7
8      COUNTY OF SANTA CLARA,                    Case No.  25-cv-00981-EKL
                       Plaintiff,
9
10            v.
11     DONALD J. TRUMP, et al.,                  **ORDER TO SHOW CAUSE**
                       Defendants.
12
13
14
15
16

17           On February 6, 2025, the court in *Washington v. Trump*, No. 2:25-cv-00127-JCC (W.D.

18    Wash.), issued an order enjoining the defendants in that case from enforcing or implementing

19    portions of Executive Order 14160, the same Order that Plaintiff seeks to enjoin in this case.  *See*

20    *Washington*, No. 2:25-cv-00127-JCC, 2025 WL 415165 (W.D. Wash. Feb. 6, 2025).  The same

21    day, the defendants filed a notice of appeal.  *Id*., ECF No. 116.  On February 19, 2025, the Ninth

22    Circuit denied defendants' emergency motion for a partial stay of the injunction.  *Washington v.*

23    *Trump,* No. 25-807, 2025 WL 553485 (9th Cir. Feb. 19, 2025).  The appeal will be heard in June

24    2025.  *Id*. at *1.

25           Given the Ninth Circuit's denial of the motion to stay the injunction, the parties in this case

26    are ORDERED TO SHOW CAUSE as to why this action should not be stayed.  The parties shall

27    file simultaneous responses to the Order to Show Cause, not to exceed five pages, by February 28,

28    2025.  The hearing on the motion for preliminary injunction scheduled for February 27, 2025, is

United States District Court
Northern District of California

hereby VACATED.  The Court will schedule the hearing on the order to show cause, if necessary, after reviewing the parties' briefs.

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____
Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2