UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>   Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>   Defendants. | Case No. 25-cv-00981-EKL<br><br>**ORDER RE BAR ADMISSION TO PRACTICE** |

Counsel must be a member of the bar of this Court in order to practice before this Court and in this District. Civil L.R. 11-1(a).  It has come to the Court's attention that plaintiff's counsel, Kavita Kandala Narayan, is not found on the membership rolls of the bar of the Northern District of California.

Counsel are directed to address their admission to practice before this Court within seven (7) days.  Counsel are referred to the Admission to Practice page on the Northern District of California's website (https://cand.uscourts.gov/attorneys/admission) and shall promptly advise the Court of any change in their Northern District of California bar admission status.  If counsel believes that there has been an error with respect to their membership status, they should contact the Attorney Admissions Deputy Clerk at admissioninfo@cand.uscourts.gov or 415-522-2060, to correct any error.

**IT IS SO ORDERED.**

Dated: April 22, 2025

Eumi K. Lee
United States District Judge