BRETT A. SHUMATE
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

*(Counsel for Plaintiff listed on signature page)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-00981-EKL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's March 18, 2025 Order, the parties provide a joint status report summarizing "relevant developments in the cases proceeding on appeal in the First, Fourth, and Ninth Circuits." ECF No. 37 at 4.

In the First Circuit, the Court denied the government's motion for a stay of the preliminary injunction entered in the related *Does v. Trump*, 1:25-cv-10135-LTS (D. Mass.) and *New Jersey v. Trump*, 1:25-cv-10139-LTS (D. Mass.) actions on March 11, 2025. *State of New Jersey v. Trump*, 131 F.4th 27 (1st Cir. 2025). The First Circuit subsequently consolidated the government's appeals of the *Does* and *State of New Jersey* actions for the purposes of briefing and oral argument. *See State of New Jersey v. Trump*, 25-1170 (1st Cir. Mar. 11, 2025). Briefing has proceeded in that consolidated appeal with the government filing its opening brief on April 21, 2025, appellees filing their respective briefs on May 21, 2025, and the government filing its reply brief on June 11, 2025. Separately, on April 10, 2025, the government appealed the preliminary injunction entered against it in the *New Hampshire Indonesian Community Support v. Trump*, 1:25-cv-38-JL-TSM (D.N.H.) action. The First Circuit set a separate briefing schedule for the *New Hampshire Indonesian Community Support* appeal on April 17, 2025. *See New Hampshire Indonesian Community Support v. Trump*, 25-1348 (1st Cir. Apr. 17, 2025). On May 14, 2025, the First Circuit denied the government's motion to hold that appeal in abeyance pending disposition of the *New Jersey* action by the First Circuit and the Supreme Court. Briefing has thereafter proceeded in the *New Hampshire Indonesian Community Support* appeal with the government filing its opening brief on May 27, 2025, appellees filing their brief on May 30, 2025, and the government's reply brief currently due on June 20, 2025.

In the Fourth Circuit, the Court denied the government's motion for a partial stay of the preliminary injunction entered in the *CASA, Inc. v. Trump*, 8:25-cv-201-DLB (D. Md.) action on February 28, 2025. ECF No. 29, *CASA, Inc. v. Trump*, No. 25-1153, 2025 WL 654902 (4th Cir. Feb. 28, 2025). On March 25, 2025, the Fourth Circuit granted the government's motion to schedule oral argument for the September 2025 sitting. Briefing has proceeded in that appeal with the government filing its opening brief on March 31, 2025, appellees filing their brief on May 30, 2025, and the government's reply brief currently due on July 7, 2025.

In the Ninth Circuit, the Court denied the government's emergency motion for a partial stay of the preliminary injunction entered in the *Washington v. Trump*, No. 2:25-cv-127-JCC (W.D. Wash.) action on February 19, 2025. ECF No. 37, *Washington v. Trump*, No. 25-807, 2025 WL 553485 (9th Cir. Feb. 19, 2025). Briefing has concluded in that appeal, with the government filing its opening brief on March 7, 2025, appellees filing their brief on April 4, 2025, and the government filing a reply brief on April 25, 2025. The Ninth Circuit held oral argument occurred on June 4, 2025, and then, on June 6, 2025, the Court vacated submission of the case pending the Supreme Court's resolution of *Trump v. Washington*, No. 24A885, and further ordered that the Ninth Circuit's proceedings be held in abeyance pending further order of the Ninth Circuit. ECF No. 144, *Washington v. Trump*, No. 25-807 (Jun. 6, 2025).

In addition, on March 13, 2025, the government filed applications for partial stays of the injunctions entered in the *CASA*, *Washington*, and *New Jersey* actions (but not the *New Hampshire Indonesian Community Support* action) in the Supreme Court of the United States. *Trump v. CASA, Inc.*, No. 24A884; *Trump v. Washington*, No. 24A885; *Trump v. New Jersey*, No. 24A886. Briefing on those applications has concluded. On April 17, 2025, the Supreme Court consolidated those applications, scheduled oral argument for May 15, 2025, and deferred consideration of the applications pending oral argument. The Supreme Court held oral argument on May 15, 2025. The applications remain pending.

Dated: June 16, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

/s/ Yuri S. Fuchs
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20005
(202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*


/s/ *Raphael N. Rajendra*
TONY LOPRESTI (SBN 289269)
County Counsel
KAVITA NARAYAN (SBN 264191)
MEREDITH A. JOHNSON (SBN 291018)
RAPHAEL N. RAJENDRA (SBN 255096)
LAURA S. TRICE (SBN 284837)
HANNAH M. GODBEY (SBN 334475)
TAYRYN A. EDWARDS (SBN 344959)

*Attorneys for Plaintiff*
*County of Santa Clara*