BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 598-3869
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

*(Counsel for Plaintiff listed on signature page)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-00981-EKL<br><br>**NOTICE REGARDING EFFECT OF EXECUTIVE ORDER 14160** |

Pursuant to this Court's March 18, 2025 Order (ECF No. 37), Defendants provide this notice to the Court regarding Executive Order 14160 ("EO").

On March 18, 2025, the Court stayed proceedings in this case in light of four nationwide preliminary injunctions entered against the EO that "independently prevent[ed] Defendants from enforcing or implementing the Executive Order against the [Plaintiff]." ECF No. 37 at 2 (hereinafter "Order"). It also specifically noted that Plaintiff County of Santa Clara fell within the scope of the injunction entered in the *New Jersey v. Trump*, 1:25-cv-10139-LTS (D. Mass.), because the claims raised by the County were likewise raised by the State of California, which is a plaintiff in the *New Jersey* litigation. *Id.* In its stay order, this Court ordered "that Defendants shall promptly file a notice with this Court within one day of any court order allowing Executive Order 14160 to take effect in this Court's jurisdiction." *Id.* at 4.

In the intervening period, the government filed three emergency applications in the Supreme Court of the United States seeking to partially stay the nationwide preliminary injunctions issued against the EO. *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631, at *4 (U.S. June 27, 2025). On June 27, 2025, the Supreme Court held that the "universal injunctions" against the EO were not proper because "federal courts lack the authority to issue them." *Id.* at *13. The Supreme Court accordingly directed "[t]he lower courts shall move expeditiously to ensure that, with respect to each plaintiff, the injunctions comport with this rule and otherwise comply with principles of equity." *Id.* at *15. The Supreme Court further held that "[section] 2 of the Executive Order"— the operative part of the EO—"shall not take effect until 30 days after the date of this opinion." *Id*.

Given the terms of the Supreme Court's Order, Defendants provide this notice to the Court that the nationwide preliminary injunctions against the EO have been stayed.[1] However, with the exception of developing and issuing guidance, the appropriate lower court(s) in *New Jersey* must rule on the scope of this stay for it to take effect. In addition, given the Court's recognition that "§ 2 of the Executive Order shall not take effect until 30 days after the date of this opinion," *id.* at

---

[1] Currently, the government is litigating two class action complaints seeking to enjoin the EO on behalf of nationwide classes. *See CASA, Inc. v. Trump*, 8:25-cv-00201-DLB, ECF Nos. 96-98 (D. Md. June 27, 2025); *Barbara v. Trump*, 1:25-cv-00244-JL-AJ, ECF Nos. 1, 5-6 (D.N.H. June 27, 2025).

*15, the status quo is essentially preserved until at least July 27. Nonetheless, even if the Supreme Court's stay permits Defendants to implement the EO in the County of Santa Clara, that would not change the scope of the district court's preliminary injunction or the fact that any relief here would result in an overlapping preliminary injunction. As Defendants have previously asserted, any relief running to the State of California in the *State of New Jersey* litigation necessarily runs to the County, ECF No. 34 at 3-4, and throughout the State of California, including in the United States District Court for the Northern District of California. No further action should be taken by this Court given the *State of New* Jersey injunction. Defendants will provide any further updates should either the United States Court of Appeals for the First Circuit or the District of Massachusetts in *State of New Jersey* alter the scope of relief as to the State of California.

Dated: June 30, 2025            Respectfully submitted,

                                BRETT A. SHUMATE
                                Assistant Attorney General
                                Civil Division

                                ERIC J. HAMILTON
                                Deputy Assistant Attorney General

                                ALEXANDER K. HAAS
                                Branch Director

                                BRAD P. ROSENBERG
                                Special Counsel

                                */s/ Yuri S. Fuchs*
                                R. CHARLIE MERRITT
                                YURI S. FUCHS (CA Bar No. 300379)
                                Trial Attorneys
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch
                                1100 L Street NW
                                Washington, DC 20005
                                (202) 598-3869
                                yuri.s.fuchs@usdoj.gov

                                *Counsel for Defendants*