1  BRETT SHUMATE
   Assistant Attorney General
2  ERIC J. HAMILTON
   Deputy Assistant Attorney General
3  ALEXANDER K. HAAS
   Branch Director
4  BRAD P. ROSENBERG
   Special Counsel
5  R. CHARLIE MERRITT
   KATHLEEN C. JACOBS
6  Trial Attorneys
   U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   1100 L Street NW
8  Washington, DC 20005
   (202) 598-7615
9  kathleen.c.jacobs@usdoj.gov

10  *Attorneys for Defendants*

11

12              **UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                  **SAN JOSE DIVISION**

14  COUNTY OF SANTA CLARA.,              NO. 5:25-CV-00981-EKL

15                  Plaintiff,

16      v.                                **JOINT STATUS REPORT**

17  DONALD TRUMP, in his official capacity
    as President of the United States, *et al.*,
18
                    Defendants.
19

20

21

22

23

24

25

26

1    The Court's March 18, 2025 Order Staying Proceedings (ECF. No. 37) directed, in pertinent

2    part, the following:

3       If the Ninth Circuit panel affirms the preliminary injunction, the parties shall provide
        a joint status update within 21 days of the Ninth Circuit's order. The status update
4       shall address the timing of further appellate proceedings in the *Washington* [*v.
        Trump*] case, including a petition for rehearing en banc or a petition for a writ of
5       certiorari. The joint status update shall present the parties' positions regarding
        whether the stay should remain in effect pending further appellate proceedings.
6

7    *Id.* at 4.

8    After requesting supplemental briefing in light of the Supreme Court's decision in *Trump*

9    *v. CASA, Inc.*, 606 U.S. ___, No. 24A885, 2025 WL 1773631 (June 27, 2025), the Ninth Circuit

10   affirmed the issuance and nationwide scope of the district court's preliminary injunction in

11   *Washington v. Trump*. *Washington v. Trump*, --- F.4th ---, No. 25-807, 2025 WL 2061447 (9th Cir.

12   July 23, 2025).[1]

13   Defendants represent that the Solicitor General plans to seek certiorari expeditiously to

14   enable the Supreme Court to settle the lawfulness of Executive Order 14160 next Term, but he has

15   not yet determined which case or combination of cases to take to the Supreme Court. Because

16   multiple nationwide preliminary injunctions are currently in effect against Executive Order 14160,

17   and Defendants are currently considering options for seeking further review of those injunctions,

18   the parties agree that a stay of this case remains appropriate pending further appellate proceedings

19   in *Washington v. Trump*. The parties propose to submit an additional status report when those

20   further appellate proceedings conclude.

21

22

23       [1] After *Trump v. CASA, Inc.*, the district court in *New Jersey* also affirmed the
24   nationwide scope of that injunction.  *State of New Jersey v. Trump*, No. 1:25-cv-10139, ECF
     No. 203 (D. Mass. July 25, 2025).  Two new nationwide class action injunctions have also
25   been granted.  *CASA, Inc. v. Trump*, No.8:25-cv-00201-DLB, 2025 WL2257625, ECF Nos.
     129-32 (D. Md. Aug. 7, 2025); *Barbara v. Trump*, No. 1:25-cv-00244-JL-AJ, 2025 WL
26   1904338, ECF Nos. 63-65 (D.N.H. July 10, 2025).

1    DATED this 13th day of August 2025.

2    BRETT A. SHUMATE                      OFFICE OF THE COUNTY COUNSEL
     Assistant Attorney General            COUNTY OF SANTA CLARA
3    Civil Division
                                           */s/ Raphael N. Rajendra*
4    ERIC J. HAMILTON
     Deputy Assistant Attorney General     TONY LOPRESTI (SBN 289269)
5                                          County Counsel
     ALEXANDER K. HAAS                     KAVITA NARAYAN (SBN 264191)
6    Branch Director                       MEREDITH A. JOHNSON (SBN 291018)
                                           RAPHAEL N. RAJENDRA (SBN 255096)
7    BRAD P. ROSENBERG                     LAURA S. TRICE (SBN 284837)
     Special Counsel                       HANNAH M. GODBEY (SBN 334475)
8                                          TAYRYN A. EDWARDS (SBN 344959)
     */s/ Kathleen C. Jacobs*
9    KATHLEEN C. JACOBS                    *Counsel for Plaintiff*
     (TX Bar No. 24091154)
10   R. CHARLIE MERRITT
     Trial Attorneys
11   U.S. Department of Justice
     Civil Division, Federal Programs Branch
12   1100 L Street, NW
     Washington, DC 20005
13   Phone: 202-598-7615
     Fax: 202-616-8460
14   Email: kathleen.c.jacobs@usdoj.gov

15   *Attorneys for Defendants*

16                          FILER'S ATTESTATION

17        I, Kathleen C. Jacobs, am the ECF user whose identification and password are being

18   used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other

19   above-named signatories concur in this filing**.**

20

21

22

23

24

25

26

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on August 13, 2025, I electronically filed the foregoing with the

3  Clerk of the Court by using the CM/ECF system.

4

5                    *s/ Kathleen C. Jacobs*
                    Kathleen C. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26