OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
LAURA S. TRICE, State Bar #284837
HANNAH M. GODBEY, State Bar #334475
TAYRYN A. EDWARDS, State Bar #344959
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mail:    Raphael.Rajendra@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | NO. 5:25-CV-00981-EKL<br><br>**JOINT STATUS REPORT** |

The Court's August 19, 2025 Order (ECF No. 44) directed, in pertinent part, the following:

> The parties are ORDERED to submit a joint status report every 150 days from the date of this order, and shall file a joint status report within 14 days after appellate proceedings have concluded.

On September 26, 2025, the Solicitor General concurrently petitioned the Supreme Court for writs of certiorari in two cases that each present the question whether Executive Order 14160 is lawful. Specifically, the Solicitor General petitioned for certiorari to review the Ninth Circuit's decision in *Washington v. Trump*, 145 F.4th 1013 (9th Cir. 2025), which affirmed the issuance and nationwide scope of the preliminary injunction issued by the District Court for the Western District of Washington; and petitioned for certiorari before judgment to review the preliminary injunction issued by the District Court for the District of New Hampshire that enjoined implementation of Executive Order 14160 with respect to a class that includes all persons whose birthright citizenship the executive order purports to deny. *Trump v. Washington*, No. 25-364 (petition docketed Sept. 29, 2025); *Trump v. Barbara*, No. 25-365 (petition docketed Sept. 29, 2025).

On December 5, 2025, the Supreme Court granted the cert petition in *Trump v. Barbara*. No. 25-365, 2025 WL 3493157 (Mem) (Dec. 5, 2025). The cert petition in *Trump v. Washington* remains pending. Because the *Washington* cert petition remains pending, further appellate proceedings have not yet concluded. Therefore, pursuant to this Court's August 19, 2025 Order, the parties will submit another joint status report by the earlier of 150 days from now or within 14 days after appellate proceedings have concluded.

//
//
//
//
//
//
//

DATED this 16th day of January 2026.    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

*/s/ Raphael N. Rajendra*
TONY LOPRESTI (SBN 289269)
County Counsel
KAVITA NARAYAN (SBN 264191)
MEREDITH A. JOHNSON (SBN 291018)
RAPHAEL N. RAJENDRA (SBN 255096)
LAURA S. TRICE (SBN 284837)
HANNAH M. GODBEY (SBN 334475)
TAYRYN A. EDWARDS (SBN 344959)

70 West Hedding Street, East Wing, 9th Fl.
San José, CA 95110
Phone: (408) 299-5900
Fax:     (408) 292-7240
Email: raphael.rajendra@cco.sccgov.org

*Attorneys for Plaintiff*

## FILER'S ATTESTATION

I, Raphael N. Rajendra, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Raphael N. Rajendra*
Raphael N. Rajendra

3464963