OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
LAURA S. TRICE, State Bar #284837
HANNAH M. GODBEY, State Bar #334475
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mail:    raphael.rajendra@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA, | NO. 5:25-CV-00981-EKL |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

JOINT STATUS REPORT –
No. 5:25-cv-00981-EKL

The Court's August 19, 2025 Order (ECF No. 44) directed, in pertinent part, the following:

The parties are ORDERED to submit a joint status report every 150 days from the date of this order, and shall file a joint status report within 14 days after appellate proceedings have concluded.

Pursuant to the August 19, 2025 Order, the Parties filed a Joint Status Report on January 16, 2026 (ECF No. 46). Thereafter, on April 1, 2026, the Supreme Court heard argument in *Trump v. Barbara*, No. 25-365 (petition for writ of certiorari docketed Sept. 29, 2025). The Supreme Court has not yet issued a decision in *Trump v. Barbara*, and the petition for writ of certiorari remains pending in *Trump v. Washington*, No. 25-364 (petition for writ of certiorari docketed Sept. 29, 2025). Because the *Washington* cert petition remains pending, further appellate proceedings have not yet concluded.

Pursuant to this Court's August 19, 2025 Order, the parties will submit another joint status report by the earlier of 150 days from now or within 14 days after appellate proceedings have concluded.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

JOINT STATUS REPORT –
No. 5:25-cv-00981-EKL

1

DATED this 15th day of June 2026.          Respectfully submitted,

BRETT A. SHUMATE                OFFICE OF THE COUNTY COUNSEL
Assistant Attorney General      COUNTY OF SANTA CLARA
Civil Division

                                */s/ Raphael N. Rajendra*
ERIC J. HAMILTON                TONY LOPRESTI (SBN 289269)
Deputy Assistant Attorney General   County Counsel
                                KAVITA NARAYAN (SBN 264191)
ALEXANDER K. HAAS               MEREDITH A. JOHNSON (SBN 291018)
Branch Director                 RAPHAEL N. RAJENDRA (SBN 255096)
                                LAURA S. TRICE (SBN 284837)
BRAD P. ROSENBERG               HANNAH M. GODBEY (SBN 334475)
Special Counsel
                                70 West Hedding Street, East Wing, 9th Fl.
*/s/ Kathleen C. Jacobs*        San José, CA 95110
KATHLEEN C. JACOBS              Phone: (408) 299-5900
(TX Bar No. 24091154)           Fax:    (408) 292-7240
Trial Attorney                  Email:  raphael.rajendra@cco.sccgov.org
U.S. Department of Justice
Civil Division, Federal Programs Branch   *Attorneys for Plaintiff*
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

## FILER'S ATTESTATION

I, Raphael N. Rajendra, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                */s/ Raphael N. Rajendra*
                                Raphael N. Rajendra

3612853

JOINT STATUS REPORT –          2
No. 5:25-cv-00981-EKL