OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
LAURA S. TRICE, State Bar #284837
HANNAH M. GODBEY, State Bar #334475
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: Raphael.Rajendra@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

*(Attorneys for Defendants listed on signature page.)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 5:25-CV-00981-EKL<br><br>STIPULATION TO LIFT STAY AND FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION |

The Parties respectfully and jointly submit this Stipulation for Entry of Final Judgment and Permanent Injunction.

After Plaintiff filed its complaint (ECF No. 1) and motion for preliminary injunction (ECF No.17) asserting that the Executive Order entitled "Protecting the Meaning and Value of American Citizenship," and known as Executive Order No. 14,160 of January 20, 2025, 90 Fed. Reg. 8,449 (Jan. 29, 2025) ("Executive Order 14160"), is unconstitutional and unlawful, the Court issued an order staying proceedings in this action pending developments in other cases also challenging the lawfulness of Executive Order 14160 (ECF No. 37). The Parties submitted Joint Status Reports on August 13, 2025, January 16, 2026, and June 15, 2026 (ECF Nos. 43, 46, 48). Thereafter, on June 30, 2026, the Supreme Court held in *Trump v. Barbara* that Executive Order 14160 is facially unconstitutional because under the Fourteenth Amendment's Citizenship Clause, "children born of parents unlawfully or temporarily present in the United States" "satisfy both elements of the Citizenship Clause: they are 'born . . . in the United States' and 'subject to the jurisdiction thereof.' Under the Constitution, they are citizens at birth." 146 S.Ct. 2438, 2450 (2026).

//

//

//

//

//

//

//

//

//

//

//

//

//

//

In light of *Trump v. Barbara*, the Parties stipulate and jointly request that the Court now lift the stay previously entered in this case (ECF No. 37) and enter final judgment and a permanent injunction in the form attached hereto as the [Proposed] Final Judgment and Permanent Injunction.

DATED this 13th day of November 2026.

JONATHAN D. GUYNN
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

TY TURLEY TREJO
Counsel to the Acting Assistant Attorney General

*/s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-598-7615
Fax: 202-616-8460
Email: kathleen.c.jacobs@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA

*/s/ Raphael N. Rajendra*
TONY LOPRESTI (SBN 289269)
County Counsel
KAVITA NARAYAN (SBN 264191)
MEREDITH A. JOHNSON (SBN 291018)
RAPHAEL N. RAJENDRA (SBN 255096)
LAURA S. TRICE (SBN 284837)
HANNAH M. GODBEY (SBN 334475)

70 West Hedding Street, East Wing, 9th Fl.
San José, CA 95110
Phone: (408) 299-5900
Fax: (408) 292-7240
Email: raphael.rajendra@cco.sccgov.org

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

I, Raphael N. Rajendra, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Raphael N. Rajendra*
Raphael N. Rajendra

3730210