UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>Defendants. | Case No. 5:25-cv-00981-EKL<br>~~[PROPOSED]~~ STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION |

WHEREAS, on January 30, 2025, Plaintiff County of Santa Clara, California ("Plaintiff") filed its Complaint for Declaratory and Injunctive Relief (ECF No. 1) in this matter against Defendants;[1]

WHEREAS, Plaintiff asserts that Executive Order entitled "Protecting the Meaning and Value of American Citizenship," and known as Executive Order No. 14,160 of January 20, 2025, 90 Fed. Reg. 8,449 (Jan. 29, 2025) ("Executive Order 14160"), is unconstitutional, unlawful, and contravenes the birthright citizenship guaranteed by the Fourteenth Amendment;

WHEREAS, on June 30, 2026, the Supreme Court of the United States held in *Trump v.*

---

[1] Defendants are Donald J. Trump, as President of the United States; the Department of Justice; Todd W. Blanche, in his official capacity as Attorney General of the United States; Department of State; Marco Rubio, in his official capacity as Secretary of State; Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; U.S. Citizenship and Immigration Services; Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services; Department of Health & Human Services; Robert F. Kennedy, Jr., in his official capacity as United States Secretary of Health and Human Services; Centers for Medicare & Medicaid Services; Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare & Medicaid Services; United States Social Security Administration; Frank J. Bisignano, in his official capacity as Commissioner for Social Security; Department of Housing and Urban Development; Scott Turner, in his official capacity as Secretary of Housing and Urban Development; Department of Agriculture; Brooke L. Rollins, in her official capacity as Secretary of Agriculture; and the United States of America ("Defendants"). Defendants Blanche, Edlow, Kennedy, Oz, Bisignano, Turner, and Rollins are substituted for their predecessors pursuant to Fed. R. Civ. P. 25(d).

*Barbara* that Executive Order 14160 is facially unconstitutional because under the Fourteenth Amendment's Citizenship Clause, "children born of parents unlawfully or temporarily present in the United States" "satisfy both elements of the Citizenship Clause: they are 'born . . . in the United States' and 'subject to the jurisdiction thereof.' Under the Constitution, they are citizens at birth." 146 S.Ct. 2438, 2450 (2026);

WHEREAS, Plaintiff and Defendants agree to entry of this Judgment and Permanent Injunction;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in Plaintiff's favor and against Defendants.
2. Plaintiff is the prevailing party for the reasons explained by the Supreme Court in *Trump v. Barbara*, 146 S.Ct. 2438 (2026).
3. Consistent with *Trump v. Barbara*, Executive Order 14160 is declared unlawful and a permanent injunction hereby enters as follows: Defendants Attorney General of the United States, Secretary of State, Secretary of Homeland Security, Director of U.S. Citizenship and Immigration Services, United States Secretary of Health and Human Services, Administrator of the Centers for Medicare & Medicaid Services, Commissioner for Social Security, Secretary of Housing and Urban Development, and Secretary of Agriculture, and all officers, agents, employees, attorneys, and any other persons acting in concert with or on behalf of any named Defendants in this action (including agents, employees, or other representatives of the President of the United States), are ENJOINED from enforcing Executive Order 14160 anywhere in Santa Clara County or against any person born in Santa Clara County.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Eumi K. Lee
United States District Judge